# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACQUELINE B. STRATTON,<br><br>Defendant. | 24-po-5020-JTJ<br>VIOLATION:<br>9775914<br><br>Location Code: M29<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant shall pay restitution in the amount of $1,000.00 and a $30.00 processing fee for VN 9775914. The Defendant shall pay the restitution amount of $1,000.00 in monthly payments of $41.67 or $41.66 pursuant to the terms of the parties' agreement, with the first payment being submitted on or before December 1, 2025. The defendant shall pay the entire fine amount in full by November 1, 2027. Payments should be mailed to the following address:

//

United States District Court
Missouri River Courthouse
125 Central Avenue West, Suite 110
Great Falls, MT 59404

The checks should be made out to the Bureau of Land Management. The Court will administer the payments to the payee.

    IT IS FURTHER ORDERED that the trial in the above captioned matter, currently scheduled for October 30, 2025, is VACATED.

    DATED this 24th day of October, 2025.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United State District Court