IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACQUELINE B. STRATTON,<br><br>Defendant. | 24-po-5020-JTJ<br>VIOLATION:<br>9775914<br><br>Location Code: M29<br><br>AMENDED ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant shall pay restitution in the amount of $1,000.00 and a $30.00 processing fee for VN 9775914. The Defendant shall pay the restitution amount of $1,000.00 in monthly payments of $41.67 or $41.66 pursuant to the terms of the parties' agreement, with the first payment being submitted on or before December 1, 2025. The defendant shall pay the entire fine amount in full by November 1, 2027. Payment to be submitted by check or money order payable to "U.S. Courts". Payments should be mailed to the following address:

    United States District Court
    Missouri River Courthouse
    125 Central Avenue West, Suite 110
    Great Falls, MT 59404

Restitution will be distributed to:
    Department of the Interior - Missouri Basin
    PO Box 6200-22
    Portland, OR 97228

IT IS FURTHER ORDERED that the trial in the above captioned matter, currently scheduled for October 30, 2025, is VACATED.

DATED this 3rd day of February, 2026.

_____
John Johnston
United States Magistrate Judge